EAG:TF
F.#2012R00829

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN - 7 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

AARON CARMICHAEL,

           Defendant.

I N D I C T M E N T

CR 12 - 389

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(ii)(II), 952(a), 960(a)(1) and 960(b)(1)(B)(ii); T. 18, U.S.C., §§ 3551 et seq.)

DEARIE, J.

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

### COUNT ONE
(Importation of Cocaine)

On or about May 17, 2012, within the Eastern District of New York and elsewhere, the defendant AARON CARMICHAEL did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO
(Possession of Cocaine with Intent to Distribute)

On or about May 17, 2012, within the Eastern District of New York, the defendant AARON CARMICHAEL did knowingly and intentionally possess with intent to distribute a controlled

substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

2

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*AARON CARMICHAEL,*

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(ii)(II),
952(a), 960(a)(1) and 960(b)(1)(B)(ii);
T. 18, U.S.C., §§ 3551 et seq .)

*A true bill.*

_____ Miltor Wilson _____
*Foreman*

*Filed in open court this*   7th   *day,*

*of*   June   *A.D. 20* 12

_____
Clerk

Bail, $ _____

_____

**Tali Farhadian, Assistant United States Attorney, (718) 254-6290**